IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:17-CR-00392-D-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| JOSEPH ORLANDO ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of Defendant Joseph Orlando Roberts to seal his sentencing memorandum (DE 178). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED.

IT IS SO ORDERED.

This the _2_ day of November, 2018.

James C. Dever III
United States District Judge